UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 20-02682-RNO-13

MaryEllen Payne  Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

Americredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX 76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX 76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 20-02682-RNO-13

MaryEllen Payne  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on September 29, 2020 :

| | |
|---|---|
| John Fisher<br>126 South Main Street<br>Pittston, PA 18640 | Charles J. DeHart III<br>8125 Adams Drive<br>Suite A<br>Hummelstown, PA 17036 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx73370 / 1029486