IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                      )
                                            )
MARYELLEN PAYNE                             )   Chapter 13
    **Debtor(s)**                           )
                                            )   Case No.: 5:20-bk-02682-(RNO)
                                            )

**(AMENDED) CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on October 16, 2020, I served a copy of the Motion For Stay Relief And Co-Debtor Relief, Certification of Concurrence, and Proposed Order to the following parties in this matter:

| Name and Address | Mode Of Service |
|---|---|
| Debtor<br>MaryEllen Payne<br>180 Ice Lake Drive<br>Mountain Top, PA 18707 | Regular Mail |
| Co-Debtor<br>Eleanora Payne<br>180 Ice Lake Drive<br>Mountain Top, PA 18707 | Regular Mail |

The following parties were served with the Motion via electronic means on October 16, 2020:

Debtor's Attorney
John Fisher, Esq.
126 South Main Street
Pittston, PA 18640

Trustee
Charles J. DeHart, III
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.

Date: 10/16/20

/s/ William E. Craig
William E. Craig
Morton & Craig LLC
110 Marter Ave., Suite 301
Moorestown, NJ 08057
(856) 866-0100
Bar I.D. 92329 - Pennsylvania