In re:  Case No. 20-02682-RNO

MaryEllen Payne  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2

Date Rcvd: Oct 19, 2020  Form ID: ntcnfhrg  Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MaryEllen Payne, 180 Ice Lake Drive, Mountain Top, PA 18707-9654 |
| cr | | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, TX 76096 |
| 5357777 | + | Chrysler Capital, PO Box 961245, Fort Worth TX 76161-0244 |
| 5357778 | | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-0877 |
| 5357783 | + | Elite Revenue Solutions, 200 N River Street, Wilkes Barre PA 18702-2405 |
| 5357784 | + | First Premier Bank, 3820 N Louise Avenue, Sioux Falls SD 57107-0145 |
| 5357785 | | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5357787 | + | John Fisher, 126 South Main Street, Pittston PA 18640-1739 |
| 5357788 | + | Luzerne County Tax Claim Bureau, 200 North River Street, Wilkes-Barre PA 18711-1004 |
| 5357791 | | Mountain Top Sanitary Authority, 129 Morio Drive, Mountain Top PA 18707 |
| 5357793 | + | Northeast Revenue Service LLC, 200 North River Street, Wilkes Barre PA 18711-1004 |
| 5358919 | + | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5365386 | + | Santander Consumer USA, Inc., d/b/a Chrysler Capit, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5357794 | + | Split Rock Galleria, Financial Services, PO Box 547C, Lake Harmony PA 18624-0820 |
| 5357795 | + | Split Rock Resort, 100 Moseywood Road, PO Box 19, Lake Harmony PA 18624-0019 |
| 5357796 | + | Stabilis Split Rock JV, LLC, PO Box 547-B, Lake Harmony PA 18624-0819 |
| 5357797 | + | Vacation Charters, 6560 N. Scottsdale Road, #F105, Scottsdale, AZ 85253-4412 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5365064 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 19 2020 18:52:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5357780 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 19 2020 18:52:00 | Credit Acceptance Corporation, 25505 W 12 Mile Rd, Southfield MI 48034-1846 |
| 5357782 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 19 2020 19:01:49 | CW Nexus Credit Card Holdings, 101 Crossways Park, Woodbury NY 11797-2020 |
| 5361091 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 19 2020 19:01:40 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5357775 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 19 2020 19:01:50 | Capital One, PO Box 30281, Salt Lake City UT 84130-0281 |
| 5357776 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 19 2020 18:52:00 | Carrington Mortgage Services LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 5358275 | + | Email/Text: bankruptcy@cavps.com | Oct 19 2020 18:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5357781 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 19 2020 18:52:00 | Credit Acceptance Corporation, PO Box 513, Southfield MI 48037-0513 |
| 5357779 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 19 2020 18:52:00 | Credit Acceptance Corporation, PO Box 5070, Southfield MI 48086-5070 |

| | | | | |
|---|---|---|---|---|
| 5357786 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 19 2020 18:52:00 | GM Financial, PO Box 181145, Arlington TX 76096-1145 |
| 5357790 | + | Email/Text: mmrgbk@miramedrg.com | Oct 19 2020 18:52:00 | MiraMed Revenue Group LLC, 360 E. 22nd St., Lombard IL 60148-4924 |
| 5357792 | + | Email/PDF: pa_dc_claims@navient.com | Oct 19 2020 19:01:42 | Navient, 123 Justiston Street 3rd Floor, Wilmington, DE 19801-5363 |
| 5362579 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 19 2020 18:52:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA, Inc., d/b/a Chrysler Capit, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5365065 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5357789 | *+ | MaryEllen Payne, 180 Ice Lake Drive, Mountain Top PA 18707-9654 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2020                    Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 bnicholas@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 MaryEllen Payne johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc., d/b/a Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| MaryEllen Payne, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:20−bk−02682−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **November 25, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 2, 2020  Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristopherGambini, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 19, 2020 |

ntcnfhrg (03/18)