In re:  Case No. 20-02682-RNO

MaryEllen Payne  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Oct 19, 2020     Form ID: pdf002     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MaryEllen Payne, 180 Ice Lake Drive, Mountain Top, PA 18707-9654 |
| cr | | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, TX 76096 |
| 5357777 | + | Chrysler Capital, PO Box 961245, Fort Worth TX 76161-0244 |
| 5357778 | | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-0877 |
| 5357783 | + | Elite Revenue Solutions, 200 N River Street, Wilkes Barre PA 18702-2405 |
| 5357784 | + | First Premier Bank, 3820 N Louise Avenue, Sioux Falls SD 57107-0145 |
| 5357785 | | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5357787 | + | John Fisher, 126 South Main Street, Pittston PA 18640-1739 |
| 5357788 | + | Luzerne County Tax Claim Bureau, 200 North River Street, Wilkes-Barre PA 18711-1004 |
| 5357791 | | Mountain Top Sanitary Authority, 129 Morio Drive, Mountain Top PA 18707 |
| 5357793 | + | Northeast Revenue Service LLC, 200 North River Street, Wilkes Barre PA 18711-1004 |
| 5358919 | + | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5365386 | + | Santander Consumer USA, Inc., d/b/a Chrysler Capit, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5357794 | + | Split Rock Galleria, Financial Services, PO Box 547C, Lake Harmony PA 18624-0820 |
| 5357795 | + | Split Rock Resort, 100 Moseywood Road, PO Box 19, Lake Harmony PA 18624-0019 |
| 5357796 | + | Stabilis Split Rock JV, LLC, PO Box 547-B, Lake Harmony PA 18624-0819 |
| 5357797 | + | Vacation Charters, 6560 N. Scottsdale Road, #F105, Scottsdale, AZ 85253-4412 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5365064 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 19 2020 18:52:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5357780 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 19 2020 18:52:00 | Credit Acceptance Corporation, 25505 W 12 Mile Rd, Southfield MI 48034-1846 |
| 5357782 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 19 2020 19:01:29 | CW Nexus Credit Card Holdings, 101 Crossways Park, Woodbury NY 11797-2020 |
| 5361091 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 19 2020 19:01:30 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5357775 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 19 2020 19:01:41 | Capital One, PO Box 30281, Salt Lake City UT 84130-0281 |
| 5357776 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 19 2020 18:52:00 | Carrington Mortgage Services LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 5358275 | + | Email/Text: bankruptcy@cavps.com | Oct 19 2020 18:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5357781 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 19 2020 18:52:00 | Credit Acceptance Corporation, PO Box 513, Southfield MI 48037-0513 |
| 5357779 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 19 2020 18:52:00 | Credit Acceptance Corporation, PO Box 5070, Southfield MI 48086-5070 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5357786 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 19 2020 18:52:00 | GM Financial, PO Box 181145, Arlington TX 76096-1145 |
| 5357790 | + | Email/Text: mmrgbk@miramedrg.com | Oct 19 2020 18:52:00 | MiraMed Revenue Group LLC, 360 E. 22nd St., Lombard IL 60148-4924 |
| 5357792 | + | Email/PDF: pa_dc_claims@navient.com | Oct 19 2020 19:01:32 | Navient, 123 Justiston Street 3rd Floor, Wilmington, DE 19801-5363 |
| 5362579 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 19 2020 18:52:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA, Inc., d/b/a Chrysler Capit, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5365065 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5357789 | *+ | MaryEllen Payne, 180 Ice Lake Drive, Mountain Top PA 18707-9654 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2020         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:

**Name** — **Email Address**

Brian Nicholas
on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 bnicholas@kmllawgroup.com

Charles J DeHart, III (Trustee)
TWecf@pamd13trustee.com

John Fisher
on behalf of Debtor 1 MaryEllen Payne johnvfisher@yahoo.com fisherlawoffice@yahoo.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

William E. Craig
on behalf of Creditor Santander Consumer USA Inc., d/b/a Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**MARYELLEN PAYNE,**<br><br>Debtors | CHAPTER 13<br><br>CASE NO. **5:20-bk-02682**<br><br>_X_ ORIGINAL PLAN<br>___ AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)<br>_1_ Number of Motions to Avoid Liens<br>_1_ Number of Motions to Value Collateral |

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☑ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☑ Included | ☑ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1.     PLAN FUNDING AND LENGTH OF PLAN.**

   **A. Plan Payments From Future Income**

      1. To date, the Debtor paid **$ 0** (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is **$ 30,003**, plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 10/2020 | 12/2020 | $ 140 | N/A | $ 140 | $ 420 |
| 01/2021 | 02/2021 | $ 0 | N/A | $ 0 | $ 0 |
| 03/2021 | 01/2022 | $ 33 | N/A | $ 33 | $ 363 |
| 02/2022 | 11/2022 | $ 130 | N/A | $ 130 | $ 1,300 |
| 12/2022 | 03/2023 | $ 360 | N/A | $ 360 | $ 1,440 |
| 04/2023 | 07/2023 | $ 770 | N/A | $ 770 | $ 3,080 |
| 08/2023 | 09/2025 | $ 900 | N/A | $ 900 | $ 23,400 |
| | | | | Total Payments: | $ 30,003 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ( ) Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

( X ) Debtor is over median income. Debtor estimates that a minimum of **$ 2,248.80** must be paid to allowed unsecured creditors in order to comply with the Means Test.

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is **$ 0**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

  X   No assets will be liquidated. *If this line is checked, the rest of § 1.B need not be completed or reproduced.*

2. **SECURED CLAIMS.**

  A. **Pre-Confirmation Distributions.** *Check one.*

  X   None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

2

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

___  None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

_X_  Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| **GM Financial** | **2017 Chevrolet Cruz** | N/A |
| **Carrington Mortgage** | **Debtor's Residence at 180 Ice Lake Drive, Mountaintop, Luzerne County, Pennsylvania** | N/A |

C. **Arrears, including, but not limited to, claims secured by Debtor's principal residence.** *Check one.*

_X_  None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

D. **Other secured claims (conduit payments, claims for which a § 506 valuation is not applicable, etc.)**

___  None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

_X_  The claims below are secured claims for which a § 506 valuation is not applicable, and can include: (1) claims that were either (a) incurred within 910 days of the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value; (2) conduit payments; or (3) secured claims not provided for elsewhere.

  1. The allowed secured claims listed below shall be paid in full and their liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under § 1328 of the Code.

  2. In addition to payment of the allowed secured claim, present value interest pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below, unless an objection is raised. If an objection is raised, then the court will determine the present value interest rate and amount at the confirmation hearing.

3

3. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to be Paid in Plan |
|---|---|---|---|---|
| Luzerne Country Tax Claim Bureau | Debtor's Residence | $ 16,522.29 | 9% | $ 20,578.80 |

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*

 X  None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

F. **Surrender of Collateral.** *Check one.*

 ___  None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

 X  The Debtor elects to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor requests that upon confirmation of this plan or upon approval of any modified plan the stay under 11 U.S.C. §362(a) be terminated as to the collateral only and that the stay under §1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 4 below.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
| Vacation Charters/Splitrock Galleria | Splitrock/Galleria Time Share |

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

 ___  None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

 X  The Debtor moves to avoid the following judicial and/or nonpossessory, non-purchase money liens of the following creditors pursuant to § 522(f) (this § should not be used for statutory or consensual liens such as mortgages).

4

| Name of Lien Holder. | **Geisinger** | | |
|---|---|---|---|
| Lien Description. (For a judicial lien, include court and docket number.) | 2010-CV-2612 Luzerne County | | |
| Description of the liened property. | Debtor's Residence | | |
| Liened Asset Value | $ 450,000 | | |
| Sum of Senior Liens | $ 453,659.29 | | |
| Exemption Claimed | $ 0 | | |
| Amount of Lien | $ 936 | | |
| Amount Avoided | $936 | | |

**3. PRIORITY CLAIMS.**

A. **Administrative Claims**

1. Trustee's Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. Attorney's fees. Complete only one of the following options:

    a. In addition to the retainer of **$ 0** already paid by the Debtor, the amount of **$ 4,000** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

    b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

3. Other. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*

    __X__ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

B. **Priority Claims (including certain Domestic Support Obligations)**.

Allowed unsecured claims, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| **Name of Creditor** | **Estimated Total Payment** |
|---|---|
| | |

5

C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

   _X_  None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

   A. **Claims of Unsecured Nonpriority Creditors Specially Classified.** *Check one of the following two lines.*

   _X_  None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

   B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

   ___  None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

   _X_  The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Creditor | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
| **Vacation Charters/Splitrock Galleria** | Timeshare Agreement | N/A | N/A | N/A | $ 0 | **Reject** |

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*

   ___ plan confirmation.
   _X_ entry of discharge.
   ___ closing of case:

6

7. **DISCHARGE: (Check one)**

   (X) The debtor will seek a discharge pursuant to § 1328(a).
   ( ) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:

| Level 1 | Adequate protection payments | **$ -0-** | |
|---|---|---|---|
| Level 2 | Debtor's attorney's fees. | **$ 4,000** | |
| Level 3 | Domestic Support Obligations | **$ -0-** | |
| Level 4 | Priority claims, pro rata | **$ -0-** | |
| Level 5 | Secured claims, pro rata | **$ 20,578.80** | |
| Level 6 | Specially classified unsecured claims | **$ -0-** | |
| Level 7 | General unsecured claims | | |
| Level 8 | Untimely filed unsecured claims to which the debtor(s) has/have not objected. | **$ -0-** | |
| | Subtotal | | **$ 27,003** |
| | Trustee Commission (Estimated at 10%) | **$ 3,000** | |
| | Total | | **$ 30,003** |

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.*

9. **NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

   A. This Plan contains a chart in Section 8, above, that contains estimated distributions to each class of creditors, in addition to all other items required by the Model Plan.

7

**B.** This Plan provides for the avoidance of a judgment lien of **Geisinger**. See Section 2.G, above. A copy of this Plan and the Discharge Order entered in the case may be filed in the appropriate office of the Court of Common Pleas of **Luzerne** County to demonstrate the judgment lien of **Geisinger** was avoided.


Dated: <u>September 8, 2020</u>             /s/ John Fisher
                                           John Fisher, Esquire, Attorney for Debtor


                                            /s/ MaryEllen Payne
                                           **MARYELLEN PAYNE,** Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

8