IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **MARYELLEN PAYNE,** | : | **Chapter 13** |
| Debtor, | : | Case No. **5:20-bk-02682** |
| | : | |
| **THE BANK OF NEW YORK MELLON,** fka | : | |
| The Bank of New York as trustee for the | : | |
| Registered Holders of CWABS, Inc., | : | |
| Asset-Backed Certificates, Series 2004-12, | : | |
| Movant(s), | : | **Motion for** |
| v. | : | **Relief from Stay** |
| **MARYELLEN PAYNE,** Eleanora Payne, | : | |
| James A. Payne, Jr., and | : | |
| Jack N. Zaharopoulos, Chapter 13 Trustee, | : | |
| Respondent(s), | : | |

**ORDER GRANTING MOTION TO RECONSIDER/VACATE
APRIL 12, 2022, ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

AND NOW upon consideration of the Debtor's **Motion to Reconsider/Vacate April 12, 2022, Order Granting Relief from Automatic Stay**, it is hereby ORDERED that the **Motion to Reconsider/Vacate April 12, 2022, Order Granting Relief from Automatic Stay** is hereby GRANTED. It is further ORDERED that the **April 12, 2022, Order Granting Relief from Automatic Stay** be and is hereby VACATED.