United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 20-02682-MJC
MaryEllen Payne Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 14, 2022 | Form ID: nthrgreq | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2022:**

**Recip ID**     **Recipient Name and Address**
\+    Eleanora Payne, James A Payne Jr, 180 Ice Lake Drive, Mountain Top, PA 18707-9654

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2022 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
     on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 bnicholas@kmllawgroup.com

J. Zac Christman
     on behalf of Debtor 1 MaryEllen Payne zac@fisherchristman.com office@fisherchristman.com

Jack N Zaharopoulos (Trustee)
     TWecf@pamd13trustee.com

John Fisher
     on behalf of Debtor 1 MaryEllen Payne johnvfisher@yahoo.com fisherlawoffice@yahoo.com

Rebecca Ann Solarz
     on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 bkgroup@kmllawgroup.com

United States Trustee

|  | ustpregion03.ha.ecf@usdoj.gov |
|---|---|
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc., d/b/a Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

MaryEllen Payne

**Debtor 1**

Chapter: 13

Case number: 5:20−bk−02682−MJC

Document Number: 48

Matter: Motion to Reconsider/Vacate Relief from Stay Order

THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset−Backed Certificates, Series 2004−12
**Movant(s)**

vs.

MaryEllen Payne
Eleanora Payne
James A. Payne, Jr
Jack N. Zaharopoulos (Trustee)
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on September 9, 2020.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date:** 5/5/22  **Time:** 09:30 AM |

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 14, 2022 |

nthrgreq(02/19)