Rev. Dec 1, 2011

# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: **MARYELLEN PAYNE,** : **Chapter 13**
      Debtor, : Case No. **5:20-bk-02682**

**THE BANK OF NEW YORK MELLON,** fka :
The Bank of New York as trustee for the :
Registered Holders of CWABS, Inc., :
Asset-Backed Certificates, Series 2004-12, :
      Movant(s), : **Nature of Proceeding: Motion for**
      v. : **Motion for Relief from Stay/**
**MARYELLEN PAYNE,** Eleanora Payne, : **Motion to Reconsider**
James A. Payne, Jr., and :
Jack N. Zaharopoulos, Chapter 13 Trustee, : **Document Nos. 45, 47, 48 & 49**
      Respondent(s), :

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
        ☐ Thirty (30) days.
        ☒ Forty-five (45) days.
        ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: May 2, 2022          J. Zac Christman
                                 Attorney for:    MaryEllen Payne

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.