JOHN R. MORTON, JR.
WILLIAM E. CRAIG*
DEBORAH MORFORD*

*MEMBER OF PA AND NJ BARS

# MORTON & CRAIG LLC

ATTORNEYS AT LAW
SUITE 301
110 MARTER AVENUE
MOORESTOWN, NEW JERSEY 08057
---------------

(856) 866-0100
FAX (856) 722-1554

IN REPLY PLEASE
REFER TO:

PA 9693

March 3, 2023

John Fisher, Esq.
126 South Main Street
Pittston, PA 18640

**Re: GM Financial v. Payne**
**Case #: 20-02682 (MJC), Chapter 13**

**VIA ELECTRONIC AND REGULAR MAIL**

Dear Mr. Fisher:

Please accept this letter as written notice that the debtor, MaryEllen Payne, defaulted under the terms of the Stipulation approved by the Court on February 22, 2021.

Specifically, the debtor has failed to make the payments due for December 2022 and January 2023, for a total default of **$831.56** (in addition, the payment of $416.72 for February fell due on the 25th and remains unpaid). The debtor must cure this default in full within ten (10) days of the date of this letter. If the debtor fails to cure the existing default, GM Financial may certify the default to the Court to obtain relief from the automatic stay and co-debtor stay.

If you have any questions or concerns, please contact this office.

Very Truly Yours,

/s/ William E. Craig
William E. Craig

cc: MaryEllen Payne