Certificate Number: 17082-PAM-DE-037806665

Bankruptcy Case Number: 20-02682



17082-PAM-DE-037806665

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 28, 2023</u>, at <u>9:14</u> o'clock <u>PM MST</u>, <u>MARYELLEN PAYNE</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>September 28, 2023</u>           By:     <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:   <u>Executive Director</u>