In re:     Case No. 20-02682-MJC

MaryEllen Payne     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Oct 02, 2023     Form ID: 3180W     Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | MaryEllen Payne, 180 Ice Lake Drive, Mountain Top, PA 18707-9654 |
| cr | | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, TX 76096 |
| 5357778 | | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-0877 |
| 5357783 | + | Elite Revenue Solutions, 200 N River Street, Wilkes Barre PA 18702-2405 |
| 5357787 | + | John Fisher, 126 South Main Street, Pittston PA 18640-1739 |
| 5357788 | + | Luzerne County Tax Claim Bureau, 200 North River Street, Wilkes-Barre PA 18711-1004 |
| 5357791 | | Mountain Top Sanitary Authority, 129 Morio Drive, Mountain Top PA 18707 |
| 5379599 | + | Mountaintop Area Joint, Sanitary Authority, c/o Donald G Karpowich Esq, 85 Dasher Road, Drums, PA 18222-2624 |
| 5357793 | + | Northeast Revenue Service LLC, 200 North River Street, Wilkes Barre PA 18711-1004 |
| 5357794 | + | Split Rock Galleria, Financial Services, PO Box 547C, Lake Harmony PA 18624-0820 |
| 5357795 | + | Split Rock Resort, 100 Moseywood Road, PO Box 19, Lake Harmony PA 18624-0019 |
| 5357796 | + | Stabilis Split Rock JV, LLC, PO Box 547-B, Lake Harmony PA 18624-0819 |
| 5357797 | + | Vacation Charters, 6560 N. Scottsdale Road, #F105, Scottsdale, AZ 85253-4412 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: PHINAMERI.COM | Oct 02 2023 22:41:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 5391427 | | EDI: PHINAMERI.COM | Oct 02 2023 22:41:00 | AmeriCredit Financial Services, Inc., dba GM Financial, 4000 Embarcadero Dr., Arlington, TX 76014 |
| 5365064 | | EDI: PHINAMERI.COM | Oct 02 2023 22:41:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5357780 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 02 2023 18:44:00 | Credit Acceptance Corporation, 25505 W 12 Mile Rd, Southfield MI 48034-1846 |
| 5357782 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 02 2023 18:47:32 | CW Nexus Credit Card Holdings, 101 Crossways Park, Woodbury NY 11797-2020 |
| 5361091 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 02 2023 18:47:18 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5357775 | + | EDI: CAPITALONE.COM | Oct 02 2023 22:41:00 | Capital One, PO Box 30281, Salt Lake City UT 84130-0281 |
| 5357776 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 02 2023 18:44:00 | Carrington Mortgage Services LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 5358275 | + | Email/Text: bankruptcy@cavps.com | Oct 02 2023 18:44:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5357777 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 02 2023 18:44:00 | Chrysler Capital, PO Box 961245, Fort Worth TX 76161-0244 |
| 5357781 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 02 2023 18:44:00 | Credit Acceptance Corporation, PO Box 513, Southfield MI 48037-0513 |
| 5357779 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 02 2023 18:44:00 | Credit Acceptance Corporation, PO Box 5070, Southfield MI 48086-5070 |
| 5357784 | + | EDI: AMINFOFP.COM | Oct 02 2023 22:41:00 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls SD 57107-0145 |
| 5357786 | + | EDI: PHINAMERI.COM | Oct 02 2023 22:41:00 | GM Financial, PO Box 181145, Arlington TX 76096-1145 |
| 5357785 | ^ | MEBN | Oct 02 2023 18:38:08 | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5357790 | + | Email/Text: mmrgbk@miramedrg.com | Oct 02 2023 18:44:00 | MiraMed Revenue Group LLC, 360 E. 22nd St., Lombard IL 60148-4924 |
| 5357792 | + | EDI: NAVIENTFKASMSERV.COM | Oct 02 2023 22:41:00 | Navient, 123 Justiston Street 3rd Floor, Wilmington, DE 19801-5363 |
| 5362579 | + | EDI: PENNDEPTREV | Oct 02 2023 22:41:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5362579 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 02 2023 18:44:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5358919 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 02 2023 18:44:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5365386 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 02 2023 18:44:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capit, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5372572 | | EDI: AIS.COM | Oct 02 2023 22:41:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA, Inc., d/b/a Chrysler Capit, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5368744 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5365065 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5368646 | *+ | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 5357789 | *+ | MaryEllen Payne, 180 Ice Lake Drive, Mountain Top PA 18707-9654 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 bnicholas@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| J. Zac Christman | on behalf of Debtor 1 MaryEllen Payne zac@jzacchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 MaryEllen Payne johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc., d/b/a Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | MaryEllen Payne<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8084<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–02682–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

MaryEllen Payne

10/2/23

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**