UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: MARYELLEN PAYNE
                Debtor(s)        CHAPTER 13

CASE NO: 5-20-02682MJC

## FUNDS REMITTED TO COURT

Please find hereto check number 9018889 in the amount of $2.35 representing unclaimed funds owed to Debtor(s), Maryellen Payne. The Trustee is remitting the funds owed to said Debtor(s) to the U. S. Bankruptcy Court due to the fact that the Trustee has been unable to locate said Debtor(s). Funds remitted to the address on file with the Court have been returned, and all attempts to contact Debtor(s) to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 999-0 | MARYELLEN PAYNE<br>180 ICE LAKE DRIVE<br>MOUNTAIN TOP, PA  18707 | $2.35 |

Dated: July 10, 2024

/s/ Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone: (717) 566-6097
email: info@pamd13trustee.com